IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY S. EBY,<br>Plaintiff,<br>vs.<br>CAPITAL ONE BANK, N.A.,<br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendant Capital One, N.A., incorrectly named as "Capital One Bank, N.A.," ("Capital One"), by counsel, and pursuant to 28 U.S.C. §§ 1441, and 1446, hereby removes this action, currently pending in the District Court of Sarpy County, Nebraska.

## Background

1. On or about April 16, 2026, Plaintiff Kelly S. Eby ("Plaintiff") initiated an action against Capital One in the District Court of Sarpy County, Nebraska, by filing a three-count complaint ("Complaint") asserting claims for (1) negligence, (2) violation of the Consumer Protection and Deceptive Trade Practices Act, and (3) violation of federal consumer credit statutes. (Copies of the Summons and Complaint are collectively attached as Exhibit 1.)

2. The Summons and Complaint constitute "all process, pleadings, and orders served upon" Capital One in this action. 28 U.S.C. § 1446(a).

## Timeliness of Removal

3. Capital One received the Summons and Complaint on or about April 30, 2026. Therefore, this notice of removal is timely under 28 U.S.C. § 1446(b)

because less than 30 days have passed since Capital One received, "through service or otherwise, [] a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." *See* 28 U.S.C. § 1446(b)(1).

**Removal Jurisdiction**

4. This action is properly removable under 28 U.S.C. § 1441, because this Court has original jurisdiction of this case under 28 U.S.C. § 1331, which provides in pertinent part: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5. Specifically, Plaintiff alleges that Capital One violated "federal statutes" by "providing inaccurate information to several credit reporting agencies about the Plaintiff," and by failing to "correct the incorrectly billed amount due, or provide any documentary evidence of Plaintiff's indebtedness" or "proof of any reasonable investigation of the Plaintiff's demands or indebtedness"; and that as a result of these violations, Plaintiff suffered actual damage in the form of "lost business opportunities," "material harm to Plaintiff's credit report and credit score," "increased interest and related costs," "costs of remedying identity theft," "loss of credit," and "excessive time, effort and expense to resolve the harm." Plaintiff seeks to hold Capital One liable pursuant to Section 1681p of the Fair Credit Reporting Act ("FCRA"). Hence, this is a civil action "arising under the Constitution, laws, or treaties of the United States" pursuant to Section 1331, and removal is appropriate pursuant to Sections 1441 and 1446.

6. Moreover, Plaintiff's state law claims are related to the same activity that forms the basis for Plaintiff's federal FCRA claim, namely, Capital One's alleged demand for payment from Plaintiff and alleged failure to investigate or respond to Plaintiff's disputes or requests for information; therefore, this Court has supplemental jurisdiction over those claims as well. *See* 28 U.S.C. § 1367(a); *see also Kansas Pub. Employees Retirement Syst. v. Reimer & Koger Assocs., Inc.*, 77 F.3d 1063, 1067 (8th Cir. 1996) (a district court may exercise supplemental jurisdiction over state law claims that arise from "a common nucleus of operative fact" as the plaintiff's federal claims "such that a plaintiff would ordinarily be expected to try all the claims in one judicial proceeding.").

7. Removal to this Court is proper as the United States District Court for the District of Nebraska, Omaha Division, embraces Sarpy County, Nebraska, where the state court action was filed.

**<u>NECivR. 40.1 Designation of Place of Trial</u>**

8. Pursuant to NECivR. 40.1, Capital One requests that any trial be held in Omaha, Nebraska.

**<u>Notice to State Court</u>**

9. Pursuant to 28 U.S.C. § 1446(d), Capital One is promptly providing written notice of its removal to Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of the District Court of Sarpy County, Nebraska.

WHEREFORE, Defendant Capital One, N.A. respectfully requests that the above-entitled action be removed from the District Court of Sarpy County, Nebraska, to this Court.

Respectfully submitted,

CAPITAL ONE, N.A., Defendant,

By: *__/s/ Michael J. Tasset__*
Michael J. Tasset, No. 20796
One of Its Attorneys
JOHNSON & MOCK, PC, LLO
307 N. Oakland Ave.
P.O. Box 62
Oakland, NE 68045
(402) 685-5647
mtasset@johnsonandmock.com

Alan M. Ritchie, *pro hac vice* forthcoming
PILGRIM CHRISTAKIS LLP
One South Dearborn, Suite 1420
Chicago, IL 60654
(312) 924-1773
aritchie@pilgrimchristakis.com

## CERTIFICATE OF SERVICE

Michael J. Tasset, an attorney, certifies that on May 27, 2026, he electronically filed the foregoing **Notice of Removal** with the Clerk of the Court by using the CM/ECF system, and sent a copy of the same by electronic mail and U.S. Mail, proper postage prepaid, to the individuals listed below:

William R. Barger
Sullivan Law Pc, LLO
807 N. Broadway
Wahoo, NE 68066
wrb@rsullivan.org

*Attorneys for Plaintiff*

*/s/ Michael J. Tasset*
Michael J. Tasset